# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Devera v. Kamiya | 17727 | 6/5/97 | Vacated and Remanded |
| State v. Turner | 19308 | 6/9/97 | Reversed |
| Bondaug v. Industrial Iron Works Corp. | 18896 | 6/16/97 | Affirmed |
| Sparks v. Lindholm | 17269 | 6/17/97 | Affirmed in part, Vacated and Remanded in part |
| State v. Pierce | 18721 | 6/17/97 | Affirmed |
| State v. Ala | 18296 | 6/18/97 | Affirmed |
| Hirano v. State | 19234 | 6/18/97 | Vacated and Remanded |
| Yuen v. Matsuoka | 19104 | 6/19/97 | Vacated and Remanded |
| State v. Anderson | 19748 | 6/23/97 | Vacated and Remanded |
| Kapela v. Civil Service Com'n | 18883 | 6/24/97 | Affirmed |
| State v. Davis | 18650 | 6/25/97 | Affirmed |
| State v. Keawe | 18777 | 6/27/97 | Affirmed |
| Lau v. Mochizuki | 20025 | 6/27/97 | Vacated and Remanded |
| Self v. Veico Products, Inc. | 19110 | 7/2/97 | Vacated and Remanded |
| State v. Kato | 18870 | 7/3/97 | Affirmed |
| Selwyn v. Selwyn | 16370 | 7/8/97 | Affirmed |
| Doe, In Re: John (DOB 10/5/76) | 17932, 18064 | 7/8/97 | Dismissed and Affirmed |
| Sur v. Wong | 18360 | 7/10/97 | Affirmed, Vacated and Remanded in part |
| Moore v. State | 17210 | 7/16/97 | Vacated and Remanded |
| Sugawara v. Sugawara | 19219 | 7/16/97 | Affirmed |
| Tagupa v. Office of Hawaiian Affairs | 16197 | 7/17/97 | Vacated and Remanded |
| Gill v. Weaver | 15318 | 7/18/97 | Affirmed |
| Stanford v. Stanford | 16555 | 7/22/97 | Affirmed |
| Kurisu & Fergus v. Wettach | 19259 | 7/24/97 | Affirmed, Vacated and Remanded |
| State v. Freitas | 19074 | 7/25/97 | Vacated and Remanded |
| McLaughlin v. McLaughlin | 16866 | 7/29/97 | Vacated and Remanded |
| State v. Donnell | 19118 | 7/30/97 | Affirmed |